# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

February 26, 2026

**BY ECF**

Hon. Lorna G. Schofield
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

RE:     **United States v. Thaumy Zongo**
        **26 Cr. 63 (LGS)**

Dear Judge Schofield:

The parties write jointly, in response to the Court's order dated February 25, 2026, to propose a scheduling order in the above-captioned matter.

**Discovery**. Rule 16 discovery in this case will consist primarily of records from financial institutions and the Small Business Administration. The government has already begun to produce Rule 16 discovery and requests until March 13, 2026 to complete its production of any Rule 16 discovery in its possession, acknowledging its discovery obligations are continuing ones.

**Motions and Conference Date**. The defense respectfully requests until May 1, 2026 to file motions, as the defense is not yet able to evaluate how long it will take to review and discuss the discovery with Mr. Zongo. The government requests until May 18, 2026 to respond, with the defense's reply due June 1, 2026. The parties are generally available for a status conference the week of June 8, 2026, except: June 8 from 11:00 a.m. to 3:00 p.m.; June 9 from 11:00 a.m. to 1:30 p.m.; and June 11 from 11:00 a.m. to 1:00 p.m.

**Speedy Trial Time**. The government respectfully requests, with the consent of defense counsel, that the Court exclude time through the next-scheduled conference under the Speedy Trial Act to allow Mr. Zongo to receive and review discovery, to evaluate whether to file any pretrial motions, and for the parties to discuss a potential pretrial resolution of this case. *See* 18 U.S.C. § 3161(h)(7)(A).

Thank you for your consideration of this request.

Respectfully submitted,

/s/

Marne L. Lenox, Esq.

*Counsel for Thaumy Zongo*

cc:    Counsel of record

Application Granted.  Rule 16 discovery shall be completed by **March 13, 2026**.  Defendant's motion(s), if any, shall be filed by **May 1, 2026**.  The Government's response, if any, shall be filed by **May 18, 2028**.  Defendant's reply, if any, shall be filed by **June 1, 2026**.  The parties shall appear for a status conference on **June 8, 2026, at 10:30 a.m**.   The Court finds that the ends of justice served by excluding the time between today and June 8, 2026, outweigh the best interests of the public and the Defendant in a speedy trial as provided in 18 U.S.C. § 3161(h)(7)(A) because it will allow the parties time to produce and review discovery and for the Defendant to evaluate whether to file any pretrial motions and to file any such motions.  The Clerk of te Court is directed to terminate the lette motion at docket number 14.

Dated: February 27, 2026
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

2