Federal Defenders
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

July 27, 2026

**BY ECF**

Hon. Lorna G. Schofield
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

Application Granted. Defendant's conditions of release are temporarily modified to permit travel to Washington State for work as an interpreter from July 30 to August 1, 2026. All other conditions of release shall remain in effect. In light of Defendant's upcoming change of plea hearing before the magistrate judge on duty, the July 28, 2026, status conference is adjourned *sine die*. The Clerk of the Court is directed to terminate the letter motion at docket number 20.
Dated: July 27, 2026
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

**RE: United States v. Thaumy Zongo**
**26 Cr. 63 (LGS)**

Dear Judge Schofield:

I write, with the government's consent, to respectfully request a temporary modification of Mr. Zongo's conditions of release to allow him to travel to Washington State for work as an interpreter from July 30 to August 1, 2026. Pretrial services consents to this request.

At Mr. Zongo's presentment on December 16, 2026, Magistrate Judge Stein set the following bail conditions:

> $50,000 personal recognizance bond to be co-signed by one financially responsible persons; compliance with pretrial services supervision as directed; travel restricted to the Southern and Eastern Districts of New York and the District of New Jersey; surrender all travel documents and make no new applications; continue or seek employment; refrain from opening any new personal or business banking accounts, lines of credit, or loans without approval of pretrial services; no possession of personal identifying information of others apart from his biological children.

Mr. Zongo was released on his own signature and met the remaining conditions of the bond by December 30, 2025, as required. Since Mr. Zongo's release, he has appeared in court as directed and faithfully complied with all conditions of release. Pretrial services recently downgraded his supervision to low-risk reporting because of his continued compliance with his release conditions.

In addition to working as a driver, Mr. Zongo works part time as an interpreter. Recently, he was offered work as an interpreter related to a court matter in Washington State, which requires

him to interpret in Washington the afternoon of July 30 and on July 31. He therefore respectfully requests a temporary bail modification to enable him to travel to and stay in Washington State on July 30, returning to New York on August 1. This temporary modification would require Mr. Zongo to provide a travel itinerary to pretrial services in advance of his travel, including flight information and the address where he will be staying in Washington. Pretrial services and the government consent to this request.

Thank you for your consideration of this request.

Respectfully submitted,

/s/

Marne L. Lenox, Esq.

*Counsel for Thaumy Zongo*

cc: Counsel of record