Federal Defenders
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

August 11, 2026

**BY ECF**

Hon. Lorna G. Schofield
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

Application Granted in part. The sentencing hearing currently scheduled for November 17, 2026, is rescheduled to **November 16, 2026, at 11:00 a.m**. The previously scheduled dates for the parties' sentencing submissions remain unchanged. The Clerk of the Court is directed to terminate the letter motion at docket number 25.

Dated: August 11, 2026
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

**RE:** **United States v. Thaumy Zongo**
**26 Cr. 63 (LGS)**

Dear Judge Schofield:

I write to respectfully request an adjournment of Thaumy Zongo's sentencing hearing in the above-captioned case, currently scheduled for Tuesday, November 17, 2026 at 11:00 a.m.

On August 4, 2026, pursuant to this Court's referral, Mr. Zongo pled guilty before Magistrate Judge Stein to making false statements to the Small Business Administration in violation of 15 U.S.C. § 645(a). That day, the government filed a letter respectfully requesting that the Court accept Mr. Zongo's plea and set a sentencing date. On August 10, this Court issued an order scheduling Mr. Zongo's sentencing for November 17, 2026 at 11:00 a.m. and setting corresponding sentencing submission deadlines.

Defense counsel has a scheduling conflict on November 17. Accordingly, we respectfully request that the Court adjourn Mr. Zongo's sentencing to another date that week and grant a corresponding extension of the sentencing submission deadlines. The defense has conferred with the government; with the exception of November 17, the parties are available any morning the week of November 16. In addition, the parties are available the afternoons of November 19 and November 20.

Thank you for your consideration of this request.

Respectfully submitted,

/s/

Marne L. Lenox, Esq.

*Counsel for Thaumy Zongo*

cc: Counsel of record

**SO ORDERED:**

________________________________________

**THE HONORABLE LORNA G. SCHOFIELD**
United States District Judge