UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

UNITED STATES OF AMERICA,

-v-

THAUMY ZONGO,

Defendant.

---------------------------------------------------------------X

26 Cr. 63 (LGS)

**ORDER**

LORNA G. SCHOFIELD, District Judge:

WHEREAS, with THAUMY ZONGO's consent, his guilty plea allocution was taken before Magistrate Judge Gary Stein on August 4, 2026;

WHEREAS, a transcript of the allocution was made; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there is a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

Dated: New York, New York
August 11, 2026

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE