Federal Defenders
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

November 2, 2026

**BY ECF**

Hon. Lorna G. Schofield
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

Application Granted. The sentencing hearing currently scheduled for November 16, 2026, is adjourned to **February 16, 2027, at 10:30 a.m**. Defendant's sentencing submission shall be filed by **January 25, 2027**. The Government's sentencing submission shall be filed by **January 28, 2027**. The Clerk of the Court is directed to terminate the motion at docket number 31.

Dated: November 6, 2026
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

**RE: United States v. Thaumy Zongo**
**26 Cr. 63 (LGS)**

Dear Judge Schofield:

I write, with the government's consent, to respectfully request an adjournment of Thaumy Zongo's sentencing hearing and a corresponding extension of the sentencing submission deadlines in the above-captioned case. The sentencing hearing is currently scheduled for Monday, November 16, 2026 at 11:00 a.m., with Mr. Zongo's sentencing submission currently due today, Monday November 2.

On September 28, 2026, the parties received the draft presentence report. We just received the final presentence report from probation this afternoon. In addition, Mr. Zongo is currently enrolled in the Focus Forward Project, a 13-week course for individuals navigating the pretrial phase of their federal cases. He is slated to complete the program at the end of December. The program director reached out noting that Mr. Zongo is doing well in the program and asked that we adjourn sentencing until after he completes Focus Forward.

Accordingly, because the defense needs more time to review the final presentence report before submitting its sentencing memoranda, and to enable Mr. Zongo to complete the Focus Forward Project, we respectfully request that Mr. Zongo's sentencing be adjourned to early January 2027. The parties have conferred and are generally available: January 4, January 7, January 8 (after 12:00 p.m.), and January 13.

Thank you for your consideration of this request.

Respectfully submitted,

/s/

Marne L. Lenox, Esq.

*Counsel for Thaumy Zongo*

cc: Counsel of record

**SO ORDERED:**

______________________________________

**THE HONORABLE LORNA G. SCHOFIELD**
United States District Judge